UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/12/12

---

RICHARD HAMMOND and SUZANNE HAMMOND,

    Plaintiffs,

- against -

TOY INDUSTRY ASSOCIATION, INC.,
FREEMAN DECORATING SERVICE, INC.,
FREEMAN DECORATING CO., NEW YORK
CONVENTION CENTER DEVELOPMENT
CORPORATION, and JEROME BELL

    Defendants.

11 Civ. 3179 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

For the reasons explained on the record today at oral argument:

The motion to dismiss the plaintiffs' claims against the New York Convention Center Development Corporation is **granted**.

The motion to dismiss the plaintiffs' claims against Jerome Bell is **denied**.

The motion to dismiss the plaintiffs' claims against the Freeman defendants is **denied**.

The motion to dismiss the plaintiffs' claims against the Toy Industry Association is **denied**.

The motion to dismiss the Toy Industry Association's cross-claims against the Freeman Defendants is **granted**, except that it is **denied** with respect to the motion to dismiss the Toy Industry Association's cross-claims against defendant Freeman Decorating

Service, Inc. for contractual and common law indemnity. Those cross-claims are not dismissed.

The plaintiffs' motion for leave to amend the Complaint is denied.

The Clerk is directed to close all pending motions.

SO ORDERED.
Dated:   New York, New York
         March 9, 2012

_____
John G. Koeltl
United States District Judge